WILLIAM FLETCHER ET AL. v. MARY A. D. CLARK ET AL.

*Error—Executor's bond on sale of real estate.*

Writ of error lies only for common law proceedings, or such as are substantially analogous.

Writ of error does not lie to review the circuit court's affirmance of the probate court's refusal to relieve an executor from giving bond on sale of realty.

Motion to dismiss writ of error.    Submitted and granted October 15.

*William Fletcher,* in person, for the motion.

*Dwight May* against.

PER CURIAM. A writ of error only lies for proceedings at common law or proceedings substantially analogous. Such a writ will not lie to review the action of the circuit court affirming that of the probate court refusing to relieve an executor from giving bond on the sale of real estate.